IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01323-RPM

MICHELLE ROBERTS, individually and as natural mother to Cody and Collin Roberts,
JANICE NILES,
CODY ROBERTS, a minor, and
COLLIN ROBERTS, a minor,

      Plaintiffs,
v.

DANNY SPROUSE and
WAGNER'S, LLC,

      Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **October 23, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 15, 2009.**

The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

Dated:   August 21st, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge