IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01323-RPM

MICHELLE ROBERTS, individually and as natural mother to Cody and Collin Roberts,
JANICE NILES,
CODY ROBERTS, a minor, and
COLLIN ROBERTS, a minor,

    Plaintiffs,

v.

DANNY SPROUSE and
WAGNER'S, LLC,

    Defendants.

---

ORDER GRANTING MOTION TO AMEND COMPLAINT

---

Upon consideration of the Unopposed Motion to Amend Complaint to Add State Farm Mutual Automobile Insurance Company as an Involuntary Plaintiff [8], it is

ORDERED that the motion is granted and the First Amended Complaint and Jury Demand attached thereto is accepted for filing.

Dated: September 17th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge