IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01323-RPM

MICHELLE ROBERTS, individually and as natural mother to Cody and Collin Roberts,
JANICE NILES,
CODY ROBERTS, a minor, and
COLLIN ROBERTS, a minor,

    Plaintiffs,

v.

DANNY SPROUSE and
WAGNER'S, LLC,

    Defendants.

---

ORDER DENYING PLEADING DESIGNATED SECOND MOTION TO COMPEL DISCLOSURE

---

    Upon consideration of the Defendants' Response to Plaintiffs' Second Motion to Compel Disclosure [25], the motion [24] and the plaintiffs' reply [26], it is

    ORDERED that the pleading designated Plaintiffs' Second Motion to Compel Disclosure [24] is denied.

    Dated:   February 5th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge