IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01323-RPM

MICHELLE ROBERTS, individually and as natural mother to Cody and Collin Roberts,
JANICE NILES,
CODY ROBERTS, a minor, and
COLLIN ROBERTS, a minor,

    Plaintiffs,
v.

DANNY SPROUSE and
WAGNER'S, LLC, a Delaware limited liability company,

    Defendants.

---

## ORDER DISMISSING PLAINTIFF COLLIN ROBERTS

---

    Pursuant to the Stipulated Notice of Dismissal of Plaintiff Collin Roberts, filed August 27, 2010 [32], it is

    ORDERED that plaintiff Collin Roberts is dismissed pursuant to Fed.R.Civ.P. 41(a), with each party to bear its own costs and fees.

    Dated: August 30th, 2010

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge