# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-01323-RPM

MICHELLE ROBERTS, individually and as natural mother to Cody and Collin Roberts,
JANICE NILES,
CODY ROBERTS, a minor, and
COLLIN ROBERTS, a minor,

   Plaintiffs,

v.

DANNY SPROUSE, and
WAGNER'S, LLC, a Delaware limited liability company.

   Defendants.

_____

## ORDER RE: DEFENDANT DANNY SPROUSE'S UNOPPOSED MOTION FOR LEAVE OF COURT TO JOIN IN DEFENDANT WAGNER'S LLC'S F.R.C.P. 26(a)(2) DISCLOSURES

_____

   Upon review of  Defendant Danny Sprouse's Unopposed Motion for Leave of Court to Join in Defendant Wagner's LLC's F.R.C.P. 26(a)(2) Disclosures [34], filed on October 18, 2010, it is

    ORDERED that the Defendant's Motion is granted.  Defendant Danny Sprouse may join in Defendant Wagner's LLC's F.R.C.P. 26(a)(2) Disclosures.

   DATED this 19th day of October, 2010.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge