IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01323-RPM

MICHELLE ROBERTS, individually and as natural mother to Cody and Collin Roberts,
JANICE NILES,
CODY ROBERTS, a minor, and
COLLIN ROBERTS, a minor,

      Plaintiffs,
v.

DANNY SPROUSE and
WAGNER'S, LLC, a Delaware limited liability company,

      Defendants.

---

ORDER DENYING WAGNER'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

      The defendant Wagner's, LLC, filed a motion for partial summary judgment, seeking dismissal of the claims against it based on the premise that at the time of the collision giving rise to this case, June 7, 2007, the defendant Danny Sprouse, driver of one of the vehicles, was no longer employed by Wagner's and therefore there is no basis for vicarious liability for his conduct.  There is no dispute that Mr. Sprouse's formal employment with defendant Wagner's ended on May 17, 2007, at which time the parties entered into a severance/consulting agreement and release under which Mr. Sprouse was to work as a consultant from May 17, 2007, through June 30, 2007.  It is also undisputed that at the time and place of the collision, Mr. Sprouse was responding to a direction from Bernadette Zaccor, Acting Plant Manager at the Flagler plant of Wagner's to attend a meeting.  The sole purpose of Mr. Sprouse being in Colorado was to perform services for Wagner's pursuant to the consulting agreement.  Under

these circumstances, there is a sufficient factual dispute as to whether in the performance of his duties under the agreement Mr. Sprouse was an agent of Wagner's and that is sufficient to defeat the defendant's claim that it should be dismissed. There is substantial doubt as to whether there is any basis for the claims of liability based on negligent entrustment and negligent hiring. The question now before this Court is simply whether there can be vicarious liability based on an agency relationship and answering that question it is

ORDERED that the defendant Wagner's motion for partial summary judgment is denied.

Dated:   December 3rd, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge