IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01323-RPM

MICHELLE ROBERTS, individually and as natural mother to Cody and Collin Roberts,
JANICE NILES,
CODY ROBERTS, a minor, and
COLLIN ROBERTS, a minor,

  Plaintiffs,
v.

DANNY SPROUSE and
WAGNER'S, LLC, a Delaware limited liability company,

  Defendants.

---

ORDER SETTING PRETRIAL CONFERENCE

---

  The Court having determined that a pretrial conference should now be scheduled, it is

  ORDERED that a pretrial conference is scheduled for **January 14, 2011, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **January 6, 2011.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

  Dated:  December 3rd, 2010

                BY THE COURT:
                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge