IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01323-RPM

MICHELLE ROBERTS, individually and as natural mother to Cody and Collin Roberts,
JANICE NILES,
CODY ROBERTS, a minor, and
COLLIN ROBERTS, a minor,

      Plaintiffs,

v.

DANNY SPROUSE and
WAGNER'S, LLC, a Delaware limited liability company,

      Defendants.

---

## ORDER FOR STATUS REPORT

---

On March 8, 2011, this Court entered an order granting an extension of time to and including July 5, 2011, for the parties to submit a stipulation for dismissal. Nothing further has been filed and it is

ORDERED that counsel shall file a status report on or before September 23, 2011

Dated: September 15th, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge