IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01323-RPM

MICHELLE ROBERTS, individually and as natural mother to Cody and Collin Roberts,
JANICE NILES,
CODY ROBERTS, a minor, and
COLLIN ROBERTS, a minor,

  Plaintiffs,

v.

DANNY SPROUSE and
WAGNER'S, LLC, a Delaware limited liability company,

  Defendants.

---

## ORDER FOR DISMISSAL

---

  Pursuant to the Stipulated Notice of Dismissal with Prejudice [52] filed September 15, 2011, it is

  ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees, including reasonable attorneys' fees.

  Dated: September 16th, 2011

              BY THE COURT:

              s/Richard P. Matsch
              _____
              Richard P. Matsch, Senior District Judge